SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES J. GAETA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
James.Gaeta@usdoj.gov
*Attorneys for the United States of America*



FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 3 0 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAMAR TYRELL GARCIA,

Defendant.

**CRIMINAL INDICTMENT**

Case No. 2:25-cr-230-RFB-BNW

**VIOLATIONS:**

18 U.S.C. §§ 922(g)(1), 924(a)(8) –
Possession of a Firearm by a Prohibited
Person

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Possession of a Firearm by a Prohibited Person
(18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about September 3, 2024, in the State and Federal District of Nevada,

**SHAMAR TYRELL GARCIA,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: *Having a Concealed Firearm in a Vehicle*, on or about August 29, 2006, in San Diego County, California, in case number SCD200881; *Evading an Officer with Reckless Driving*, on or about January 08, 2008, in San Diego County, California, in case number SCD210819; *Assault with Force Likely to Produce*

*Great Bodily Injury*, on or about July 13, 2015, in San Diego County, California, in case number SCD261303; *Possession of a Controlled Substance While Armed*, on or about October 22, 2020 in Riverside County, California in case number SWF2007225; *Bringing Drugs into a Jail or Prison,* on or about October 22, 2020 in Riverside County, California in case number SWF2007225; *Carrying a Loaded Firearm with a Prior Felony Conviction*, on or about October 22, 2020 in Riverside County, California in case number SWF2007225; *Convicted Felon in Possession of a Firearm*, on or about October 22, 2020 in Riverside County, California in case number SWF2007225; knowingly possessed a firearm, that is: a Glock 27, .40 caliber semi-automatic handgun, bearing serial number AGPW771; said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)

**DATED:** this 30th day of July, 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
Acting United States Attorney

JAMES J. GAETA
Assistant United States Attorney

2