UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAMAR TYRELL GARCIA,<br><br>　　　　Defendant. | Case No. 2:25-cr-00230-DGC-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　　Defense counsel needs additional time to conduct investigation to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or resolve through negotiations.

　　2.　　The defendant has filed a motion to dismiss, ECF Nos. 18-1 and 20. Chief Circuit Judge Mary H. Murguia has designated The Honorable David G. Campbell, United States Senior District Judge for the District of Arizona, under 28 U.S.C. § 292(b) to temporarily perform the duties of United States District Judge on an as-needed basis for the District of Nevada to address that motion and related motions.[2]

　　3.　　The defendant is incarcerated and does not object to the continuance.

　　4.　　The parties agree to the continuance.

---

[2] The defense enters into this stipulation facilitate the orderly administration of justice, without prejudice to the arguments raised in its motion to dismiss, ECF Nos. 18-1 and 20. Notwithstanding this stipulation, the defense maintains the Court should dismiss the indictment and believes the Court should continue the trial date and toll Speedy Trial until the motion to dismiss is resolved.

4

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including December 11, 2025 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including December 29, 2025 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including January 5, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 12th day of January, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for September 23, 2025, at the hour of 9:00 a.m., be vacated and continued to January 20, 2026 at the hour of 9:00 a.m.; and the trial currently scheduled for October 20, 2025, at the hour of 8:30 a.m., be vacated and continued to January 26, 2026 at the hour of 8:30 a.m.

DATED this 24th day of September, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge