Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
jeremy_baron@fd.org
Heidi Ojeda
Assistant Federal Public Defender
Nevada Bar No. 12223
heidi_ojeda@fd.org
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Sean A. McClelland
Assistant Federal Public Defender
Nevada Bar No. 16581
sean_mcclelland@fd.org
200 S. Virginia St. Suite 340
Reno, Nevada 89501

Attorneys for Shamar Tyrell Garcia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America,

Plaintiff,

v.

Shamar Tyrell Garcia,

Defendant.

Case No. 2:25-cr-230-RFB-BNW

**Defendant Shamar Tyrell Garcia's notice of cross appeal**[1]

[1] This notice of cross appeal is timely filed.

Petitioner Shamar Tyrell Garcia respectfully cross-appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on September 30, 2025 (ECF No. 39), to the extent the Court denied dismissal of the indictment with or without prejudice as a remedy.

**Dated**: October 10, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

*/s/ Heidi Ojeda*
Heidi Ojeda
Assistant Federal Public Defender

*/s/ Sean A. McClelland*
Sean A. McClelland
Assistant Federal Public Defender